# CURTIS K. WALKER

| **Attorneys** | Walker & Walker Law Offices, PLLC | **Paralegals** |
|---|---|---|
| Curtis K. Walker | 4356 Nicollet Avenue South | Darcee McKinnon |
| Andrew C. Walker | Minneapolis, Minnesota 55409-2033 | Meara White |
| Bennett Hartz | Phone: (612) 824-4357 | Jennifer Nelson |
| Alyssa F. George | Fax: (612) 824-8005 | Jennifer Johnson |
| Anastasia Kazmina | www.bankruptcytruth.com | Amber Harkins |

January 3, 2018                                                                                              <<via CM/ECF>>

The Honorable Michael J. Davis
13E, United States Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re:   Notice of Resolution
      *Kristi Driggers v. Capital One Bank (USA), N.A.*
      Court File No. 17-CV-2735 (MJD/TNL); Our File No. 170514

Dear Judge Davis:

The parties in the above-captioned case have agreed to resolve the claims between them, and intend to dismiss the action with prejudice once they have signed a written agreement.

If you have questions, please call me at (612) 824-4357.

Sincerely,

*/s/ Bennett Hartz*

cc: Counsel for Capital One Bank (USA), N.A. (via CM/ECF)